UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LONNIE J. FITZGERALD, | Civil No. 3:10-cv-5095-KLS |
| Plaintiff, | |
| v. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant. | |

Based on the stipulation of the parties, it is hereby ORDERED that the above-captioned case be reversed and remanded to the Commissioner for further administrative proceedings including a de novo hearing in regard to Plaintiff's application for disability insurance benefits under Title II of the SS Act and for SSI benefits under Title XVI of the SS Act. The ALJ will perform any further development and conduct any further proceedings deemed necessary. The ALJ and Plaintiff may also raise and pursue additional issues, including any discussed in Plaintiff's brief. The parties stipulate that this remand be made pursuant to sentence four of

42 U.S.C. sec. 405(g), and that Plaintiff will be entitled to reasonable attorney fees and costs pursuant to 28 U.S.C. sec 2412(d), upon proper request to this Court.

DATED this 1st day of July, 2010.

Karen L. Strombom
United States Magistrate Judge

Presented By:

s/ Michael S. Howard
MICHAEL S. HOWARD, WSB #41034
Special Assistant U.S. Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 MS/901
Seattle, Washington 98104-7075
Telephone: (206) 615-2495
FAX: (206) 615-2531
michael.howard@ssa.gov