UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| | |
|---|---|
| LONNIE J. FITZGERALD,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>　　Defendant | Civil No.  3:10-cv-5095-KLS<br><br><br><br>JUDGMENT |

It is hereby ORDERED and ADJUDGED that the above-captioned case be reversed and remanded for further administrative proceedings consistent with this Court's Order dated 7/1/2010.

DATED this 1st day of July, 2010.

　　　　　　　　　　　　　　　　　　　　　　　　　　Karen L. Strombom
　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

Page 1　　JUDGMENT - [3:10-cv-5095-KLS]